# Third District Court of Appeal
## State of Florida

Opinion filed July 31, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1945
Lower Tribunal No. 23-20584
_____

## Superlife Partners, LLC, d/b/a No Limit Super Gym,
Appellant,

vs.

## Tixe Designs, Inc.,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Gina Beovides, Judge.

Reiner & Reiner, P.A., and David P. Reiner, II; Michael A. Pizzi, Jr., P.A., and Michael A. Pizzi, Jr., for appellant.

Alexander Lian, P.A., and Alexander Lian, for appellee.

Before LOGUE, C.J., and EMAS and LOBREE, JJ.

PER CURIAM.

Affirmed.